JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. SA CV 21-01373-DOC-KES            Date: January 10, 2022

Title: CARRELL HAWKINS ET AL. V. CATALYST FORWARD GROUP ET AL.

PRESENT:

### THE HONORABLE DAVID O. CARTER, JUDGE

| Karlen Dubon | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**    **ORDER REMANDING CASE TO STATE COURT [13]**

Before the Court is a Motion to Remand ("Motion" or "Mot.") (Dkt. 13) brought by Plaintiff Carrell Hawkins ("Plaintiff"). The Court finds this matter appropriate for resolution without oral argument. *See* Fed. R. Civ. P. 78; C.D. Cal. R. 7-15.

Given Defendant Catalyst Forward Group's Non-Opposition to the Motion (Dkt. 26), the Court **GRANTS** Plaintiff's Motion and **REMANDS** this case to the Orange County Superior Court. The hearing and Scheduling Conference currently set for January 24, 2022 is accordingly **VACATED**.

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11                                         Initials of Deputy Clerk:
CIVIL-GEN                                                     kdu